Michael S. Sadler
Coffield Unit
2661 Fm 2054
Tennessee Colony,Tx. 75884

75,812-04

Abel Acosta
Court of Criminal Appeals-Clerk
P.O Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 0 6 2015
Abel Acosta, Clerk

Re: Tr.Ct.No.CR14104-C-BCCR
    WR-75,812-04

March 31, 2015

Dear Clerk,

Mr. Acosta, I am writing you today to inquire about my 11.07, which was filed with the CCA on March 19, 2015. My question relates to the material you received from the 220th District Court Clerk.

I filed my Habeas in the Trial Court on January 14, 2014. My application consisted of fifteen grounds of error; accompanied by a (50) page memorandum of law. After the State responded, I then submitted a (10) page adverse response. My final filing in the Trial Court, was a "Letter to the Court" that I submitted as my Ex parte communication with the Court.

Okay, now my first question is: did you receive everything I filed? (1) my application in its entirety;(2)the 50 page memorandum of law in support of my app.; the 10 page adverse response that I submitted;and finally, the "Letter to the Court" I had written to both the District Judge, and the Justices of the Court of Criminal Appeals?

I just want to be assured that everything I filed pertaining to the instant writ has been forwarded to you. I understand, according to the 220th District Court Clerk, that the visiting Judge never showed up to view my writ or hold a hearing; so I am assuming that she never read my "Letter to the Court",which you undoubtedly received sealed. If so, I want to know if the Justices will see and read the letter? I sincerely apologize for the hassle, but this is my life, and I've learned not to trust the 220th District Court. Will you please contact me and let me know if you in deed have received everything I filed;

LETTER TO CCA CLERK                                    PAGE,1

and if the Justices intend to take it upon themselves to read my "Letter to the Court"? This would truly mean alot to me, and will alleviate alot of stress and worry on my behalf. I know that my writ is under review, and just want the satisfaction and assurance that I have done my best and all I can do; and that nothing is being held back.

I would like to thank you for your time in this matter. And I look forward to hearing from you soon. Have a good day.


Sincerely, *Michael D. Sadler*


cc: file
    @wolfcounsel